IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05–cv–02452–EWN–CBS

KATHLEEN KLEN,

      Plaintiff,

v.

COLORADO STATE UNIVERSITY,

      Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint (filed March 20, 2006; *doc. no. 13*) is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's Second Amended Complaint and Jury Demand (*doc no. 13-2*) tendered to the court on March 20, 2006.

**DATED:**    April 18, 2006